CORAL GABLES, INC., Appellant, v. ARTHUR W. MARKS and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of NATIONAL MORTGAGE CORPORATION, and Another, Respondents, v. J. STEWART BAKER and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion awarded at Special Term. Plaintiffs are directed to serve a stipulation on defendants, appellants, permitting the individual defendants at any time prior to or on the trial to amend their answers without either breaking the issue or changing the position of the case on the calendar. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of the NEW YORK TITLE AND MORTGAGE COMPANY, and Another, Respondents, v. HARRY A. KAHLER and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion awarded at Special Term. Plaintiffs are directed to serve a stipulation on defendants, appellants, permitting the individual defendants at any time prior to or on the trial to amend their answers without either breaking the issue or changing the position of the case on the calendar. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EDNA E. HOLLOWAY, Administratrix ad Prosequendum of ARCHIE HOLLOWAY, Deceased, Respondent, v. CHARLES F. ADAMSON, Doing Business as ADAMSON MANUFACTURING COMPANY, Defendant, Impleaded with KINNEY MANUFACTURING COMPANY, a Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, as Liquidator of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Appellant, v. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JOHN J. F. COPE, Petitioner, for a Certiorari Order against FIORELLO H. LA GUARDIA, Mayor of the City of New York, and Another, Respondents. In the Matter of the Application of SAMUEL NEILSON, Petitioner, for a Certiorari Order against FIORELLO H. LA GUARDIA, Mayor of the City of New York, and Another, Respondents.— Orders of certiorari dismissed and determination of the respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

KATE JONES, Appellant, v. HATTIE M. FUNKE and Others, Defendants, Impleaded with SAMUEL S. ISAACS and Others, as Executors and Trustees, etc., of DAVID ISRAEL, Deceased, Respondents.— Order so far as appealed from affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Townley, JJ.